THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ANDREW VALLES,<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES ATT'Y GEN. et al.,<br><br>              Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:22-cv-00595-JNP<br><br>District Judge Jill N. Parrish |

      Plaintiff, Andrew Valles, a California inmate, filed a *pro se* civil-rights complaint. *See* 42 U.S.C.S. § 1983 (2023). Because Plaintiff had, three or more prior times while incarcerated, filed an action dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 U.S.C.S. § 1915(g), the Court concluded that Plaintiff could not proceed *in forma pauperis* but must pay his entire $350 filing fee up front. (ECF No. 11 (Dec. 19, 2022).) The Court warned that Plaintiff's action would be dismissed unless he paid the full filing fee within thirty days. Plaintiff did not pay the filing fee but instead filed an objection to the Court's Order. (ECF Nos. 11, 12.)

      **IT IS ORDERED** as follows:

      **(1)** Plaintiff's motion for a decision on his objection is **GRANTED**. (ECF No. 13.) The Court denies the objection because there is no procedural mechanism in the rules of civil procedure or local rules upon which to bring the objection.

**(2)** Based on Plaintiff's failure to pay the full filing fee, this action is **DISMISSED** without prejudice.

DATED: January 17, 2024.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge